IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-02532-PAB-STV

HAUSCHILD GMBH & CO. KG, a German company,

Plaintiff,

v.

FLACKTEK, INC., a South Carolina corporation,
FLACKTEK MANUFACTURING, INC., a South Carolina corporation, and
FLACKTEK SPEEDMIXER, INC., a South Carolina corporation,

Defendants.

---

**MINUTE ORDER**

---

**Entered by Chief Judge Philip A. Brimmer**

This matter is before the Court on Plaintiff's Partial Motion to Dismiss
Counterclaim and Motion to Strike Affirmative Defenses [Docket No. 65].  Defendants
have filed an amended answer, Defendants' First Amended Partial Answer, Affirmative
Defenses and Counterclaims [Docket No. 73], which became the operative answer in
this action.  In light of defendants' amended answer, counterclaims, and affirmative
defenses, the motion to dismiss is directed to an inoperative, superseded pleading.
*See, e.g.*, *Gilles v. United States*, 906 F.2d 1386, 1389 (10th Cir. 1990) ("a pleading that
has been amended under Rule 15(a) supersedes the pleading it modifies" (internal
quotation marks omitted)).  As such, the motion to dismiss is moot.  It is

**ORDERED** that Plaintiff's Partial Motion to Dismiss Counterclaim and Motion to
Strike Affirmative Defenses [Docket No. 65] is **DENIED without prejudice as moot**.

DATED June 3, 2022.